## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **WU XIU LIN,** | ) | **ATTORNEY LIEN CLAIMED** |
|    **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Case No.:  5:25-cv-01309-G** |
| | ) | |
| **XIAO DONG TANG,** aka **ANDY TANG** | ) | |
| and | ) | |
| **TGL AIR CONDITIONING LLC** | ) | |
| **2600 S. Meridian Ave.** | ) | |
| **Oklahoma City,OK 73108** | ) | **Judge: Honorable Charles Goodwin** |
| **Defendants.** | ) | |

---

## MOTION FOR EXTENSION OF TIME TO PERFECT SERVICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(m)

---

COMES NOW the Plaintiff, **WU XIU LIN**, by and through his attorney of record, Brian R. Glass of the **LAW OFFICE OF GLASS, WOOD, WANG AND ASSOCIATES**, and respectfully moves this Court pursuant to Federal Rule of Civil Procedure 4(m) for an extension of time to serve Defendants **XIAO DONG TANG,** aka **ANDY TANG**  and **TGL AIR CONDITIONING LLC** with the summons and complaint in this action. As set forth below, good cause exists for this extension because Defendant has evaded service of process despite Plaintiff's diligent and repeated efforts to perfect service.

### FACTUAL BACKGROUND

1. Plaintiff filed the Complaint in this action on November 5th, 2025.

2. Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiff is required to serve Defendant within 90 days of filing the Complaint.

---

3. Since filing the Complaint, Plaintiff has made diligent and repeated attempts to serve Defendant at his home and place of business.

4. On December 31st, 2025, a process server attempted to serve Defendant at 2600 S. Meridian Blvd., Oklahoma City, OK.  The process server stated that someone was present at the site but nobody answered the door.

5. On January 15th, 2026 , a process server attempted to serve Defendant at 2600 S. Meridian Blvd., Oklahoma City, OK, for the second time.  The process server reported the same results.

6. Despite these diligent efforts, Plaintiff has been unable to effectuate service on Defendant due to Defendant's intentional evasion.

7. Plaintiff continues to investigate alternative means of service and additional locations where Defendant may be found.

8. Plaintiff employed a private investigator and located Defendant's business at 6517 SW 57th St. Oklahoma City, OK 73179.

9. Plaintiff is now requesting additional time from this Court in order to perfect service.

## **<u>LEGAL STANDARD</u>**

Federal Rule of Civil Procedure 4(m) provides that if a defendant is not served within 90 days after the complaint is filed, the court must dismiss the action without prejudice against that defendant or order that service be made within a specified time. However, if the plaintiff shows good cause for the failure to serve, the court must extend the time for service for an appropriate period.

Good cause exists under Rule 4(m) when the plaintiff has made diligent efforts to effectuate service but has been thwarted by circumstances beyond the plaintiff's control. Courts have consistently recognized that a defendant's evasion of service constitutes good cause for extending the time to serve under Rule 4(m).

When a defendant actively evades service, the plaintiff is not at fault for the delay in completing service. The defendant's deliberate conduct in avoiding service presents circumstances outside the plaintiff's control that justify an extension of time. To hold otherwise would reward a defendant's evasive tactics and undermine the purpose of the service requirements.

## ARGUMENT

Good cause exists for this Court to grant Plaintiff an extension of time to serve Defendant under Rule 4(m). Plaintiff has exercised diligence in attempting to serve Defendant, making more than ten separate attempts at service beginning shortly after filing the Complaint. These efforts demonstrate Plaintiff's commitment to complying with the service requirements and prosecuting this action.

Despite Plaintiff's diligent efforts, service has not been completed due to Defendant's intentional evasion. Including refusal to answer the door at home and business as well as moving locations of Defendant's business.  Defendant's conduct constitutes active evasion that has prevented Plaintiff from completing service within the 90-day period.

The failure to complete service is not due to any lack of diligence on Plaintiff's part. Rather, it results entirely from Defendant's deliberate efforts to avoid being served. These circumstances

_____
*Lin v. Tang, TGL Air Conditioning, LLC*
*Motion for Extension of Time to Perfect Service Pursuant to Fed. Rule of Civ. Pro. 4(m)*
*Page 3 of 5*

are beyond Plaintiff's control and constitute good cause under Rule 4(m) for extending the time to serve.

Plaintiff requests additional time to pursue alternative methods of service, including service by publication and personal service at Defendant's new address.  With additional time and the ability to pursue these alternative means, Plaintiff anticipates being able to complete service on Defendant.

Granting this extension will not prejudice Defendant, who is already aware of this action through his own evasive conduct. Moreover, denying the extension would reward Defendant's improper behavior and allow Defendant to escape accountability by simply avoiding service for 90 days. Such a result would be contrary to the interests of justice.

## CERTIFICATE OF CONFERENCE

Due to Defendant's evasion of service and the inability to make contact with Defendant or counsel for Defendant, meaningful conference regarding this Motion has not been possible

## RELIEF REQUESTED

WHEREFORE, Plaintiff respectfully requests that this Court grant Plaintiff an extension of forty-five(45) days from the date of this Court's Order to serve Defendants **XIAO DONG TANG,** aka **ANDY TANG** and **TGL AIR CONDITIONING LLC** with the summons and complaint in this action, award such other and further relief as the Court deems just and proper.

Respectfully submitted,

Dated: 7/24/2026

_____

___/s/ *Brian R. Glass*_____
Brian R. Glass, Esq., OBA #34217
Cameron J. Glass, Esq., OBA #36124
LAW OFFICE OF GLASS, WOOD, WANG & ASSOC.
10400 Vineyard Blvd, Ste G100
Oklahoma City, OK 73160
(405) 849-5145
attorneybrianglass@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on the date of service a true and correct copy of the foregoing Motion for

Extension of Time to Serve Defendant Pursuant to Federal Rule of Civil Procedure 4(m) will be

served  at the place and time the Summons and Complaint in this matter upon all parties of

record in accordance with the Federal Rules of Civil Procedure by

___/s/ *Brian R. Glass*_____
Brian R. Glass, Esq., OBA #34217
Cameron J. Glass, Esq., OBA #36124
LAW OFFICE OF GLASS, WOOD, WANG & ASSOC.
10400 Vineyard Blvd, Ste G100
Oklahoma City, OK 73160
(405) 849-5145
attorneybrianglass@gmail.com