## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

WU XIU LIN,                                )
                                           )
    **Plaintiff,**                          )
                                           )
v.                                         )    **Case No. CIV-25-1309-G**
                                           )
XIAO DONG TANG, aka Andy Tang,             )
et al.,                                    )
                                           )
    **Defendants.**                         )

## ORDER

Now before the Court is a Motion for Extension of Time (Doc. No. 8) filed through counsel by Plaintiff Wu Xin Lin.

Plaintiff initiated this lawsuit on November 5, 2025, and his 90-day deadline to effect service expired February 3, 2026. Order to Show Cause (Doc. No. 6) at 1. As of June 5, 2026, Plaintiff had not made proof of service to the Court or requested additional time to do so. *Id.* The Court therefore directed Plaintiff to show cause within 14 days "why the claims against the [d]efendants should not be dismissed." *Id.*

Plaintiff did not respond to the Order to Show Cause or otherwise contact the Court. Accordingly, on July 6, 2026, the Court found that no "good cause" had been shown for the failure to complete service. Order of July 6, 2026 (Doc. No. 6) at 1-2 (citing Fed. R. Civ. P. 4(m)). The Court further concluded that a permissive extension of time was not warranted. *See id.* at 1-2 (citing *Espinoza v. United States*, 52 F.3d 838 (10th Cir. 1995)). Noting that Plaintiff "ha[d] been warned that failure to accomplish service would result in dismissal and afforded an opportunity to justify the failure to do so," the Court dismissed

this action without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. *Id.* at 2.  Judgment was entered that same date.  *See* J. (Doc. No. 7).

Plaintiff's Motion seeks additional time to effect service upon the defendants in this matter.  *See* Pl.'s Mot. Extension of Time at 1-4.  As outlined above, however, this case is closed.  Further, the Motion does not address the disposition of this matter or present any basis to revisit the Court's prior rulings.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Extension of Time (Doc. No. 8) is DENIED.

IT IS SO ORDERED this 12th day of August, 2026.

CHARLES B. GOODWIN
United States District Judge

2